U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00872)

**1:21-CR-409**

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Henry

DISTRICT COURT NO.

MAGISTRATE CASE NO.   1:21-MJ-927

X Indictment
DATE: October 19, 2021

Information
DATE:

X Magistrate's Complaint
DATE: October 1, 2021

UNITED STATES OF AMERICA
vs.
JAIME CRUZ DUARTE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter? X Yes   No
What language? Spanish

District Judge:
Magistrate Judge:

Attorney: Zachary S. Howard
Defense Attorney: Caitlyn Virginia Wade